**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:21-cr-45 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| JAMES R. SCHWARTZ, II, | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING MOTION TO ASSIGN INTEREST**
**IN RESTITUTION TO THE CRIME VICTIMS FUND**

This case is before the Court on the motion of Steve Chabot for Congress ("Movant"), seeking to assign its interest in restitution to the Crime Victims Fund, pursuant to 18 U.S.C. § 3664(g)(2).  (Doc. 20).

Specifically, on March 1, 2022, this Court, as part of its sentencing, ordered Defendant James R. Schwartz, II to pay restitution to Movant in the amount of $1,407,220.03.  (Doc. 16 at 6).

However, on October 15, 2024, Movant filed a "termination report" with the Federal Election Commission ("FEC") and, as of that same date, the FEC administratively terminated Movant's registration as a federal political committee.  (Doc. 20 at 1).  In light of this change, Movant wishes to assign its interest in the remainder of restitution to the Crime Victims Fund.  (*Id*.)  In other words, Defendant's future payments towards the restitution obligation would be paid into the Crime Victims Fund rather than to Movant.  Notably, Movant's request is permitted under federal law, which states that: "A victim may at any time assign the victim's interest in restitution payments to the

Crime Victims Fund in the Treasury without in any way impairing the obligation of the defendant to make such payments."  18 U.S.C. § 3664(g)(2).

For good cause shown, the motion is **GRANTED**.  (Doc. 20).  Specifically, Steve Chabot for Congress's interest in and entitlement to restitution shall be assigned to the Crime Victims Fund.  The Finance Office of the U.S. Courts and/or the Clerk of Court's Office shall ensure that this change is memorialized and that all of Defendant's future restitution payments are paid to the Crime Victims Fund, consistent with this Order and 18 U.S.C. § 3664(g)(2).  Finally, the Court notes that neither Movant's request to assign interest nor this Order impair Defendant's ongoing restitution payment obligations.

**IT IS SO ORDERED.**

Date:  10/25/2024                                                    *s/ Timothy S. Black*
                                                                    Timothy S. Black
                                                                    United States District Judge